# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANDY HARRIS, Individually And On Behalf Of All Others,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE SOURCE TECHNOLOGY, LLC a/k/a ASURINT,<br><br>    Defendant. | Civil Action No. 5:22-cv-6054 |

## NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI AND TO PLAINTIFF RANDY HARRIS AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant One Source Technology, LLC d/b/a Asurint ("Defendant") hereby removes the above-entitled action, Case No. 22CN-CC00018, from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

## PLEADINGS, PROCESSES, AND ORDERS

1. On April 8, 2022, Plaintiff Randy Harris ("Plaintiff") filed a purported Class Action Complaint against Defendant in the Circuit Court of Clinton County, Missouri, captioned *Randy Harris, on behalf of himself and all others similarly situated vs. One Source Technology, LLC a/k/a Asurint*, Case No. 22CN-CC00018.

2. Plaintiff's Complaint purports to allege a single claim for relief against Defendant under the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*.

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders served upon Defendant in this action are attached as Exhibit A.

## TIMELINESS OF REMOVAL

4. On April 14, 2022, Plaintiff served a copy of the Complaint on Defendant. *See* Exhibit A.

5. This Notice of Removal is timely as it is being filed within thirty (30) days of service of the Complaint. *See* 28 U.S.C. § 1446(b); Fed. R Civ. P. 6(a)(1)(C).

## BASIS FOR REMOVAL

## FEDERAL QUESTION JURISDICTION

6. 28 U.S.C. § 1331 provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Original jurisdiction exists here because Plaintiff's and the putative class' sole claim for relief arises under a federal statute, the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b). *See* Compl., Ex. A, *e.g.*, ¶¶ 48-55. Plaintiff's Complaint asserts that he suffered harm from the alleged conduct of Defendant. *Id.* ¶¶ 16-17, 24-25

## VENUE

9. Venue lies in the U.S. District Court for the Western District of Missouri pursuant to 28 U.S.C. §§ 89(b), 1391, 1441(a) and 1446(a). This action was originally brought in the Circuit Court of Clinton County, Missouri and thus should be removed to the U.S. District Court for the Western District of Missouri.

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

10. A true and correct copy of this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Circuit Court of Clinton County, Missouri, as required under 28 U.S.C. § 1446(d).

## RESERVATION OF RIGHTS

11. By filing this Notice of Removal, Defendant does not concede nor waive any defense or motion relating to this action. Defendant reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, Defendant, One Source Technology, LLC d/b/a Asurint, prays that this civil action be removed from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri.

Dated: May 13, 2022

LATHROP GPM LLP

By: /s/ Rosalee McNamara
Rosalee McNamara, Mo. Bar #33645
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Telephone: (816) 460-5604
Facsimile: (816) 292-2001
Rosalee.mcnamara@lathropgpm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Rosalee McNamara, do hereby certify that I have caused a true and correct copy of the foregoing to be served upon all counsel of record, by e-mail transmission, on May 13, 2022.

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 HWY
Gower, MO 64454
816-505-4529
816-424-1337 (fax)
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Counsel for Plaintiff*

/s/ Rosalee McNamara
An Attorney for Defendant